In the Matter of the Application of HENRY MORRIS and Another against DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Another.— Motion for stay denied. Preference granted for June 5, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PAUL GUERIN.— Preference granted for June 6, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PAUL ANDRIOLA v. FRANKLIN SIMON & Co., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appeal to be submitted without argument on or before June 7, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

RUDOLPH ALLOCCA v. CHIAET ORNAMENTAL IRON WORKS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appeal to be argued or submitted on or before June 7, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

RENDALL MEMORIAL PRESBYTERIAN CHURCH OF NEW YORK CITY, INC., v. WILLIAMS FINANCE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless the defendant procure an undertaking to secure payment of the amount directed by the order appealed from to be paid, together with interest and costs, and disbursements of appeal, to be filed and served on or before June 2, 1928, and the appeal to be argued or submitted on the 5th day of October, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of E. ARTHUR TUTEIN, INC., to Compel HUDSON VALLEY COKE AND PRODUCTS CORPORATION, a Domestic Corporation, to Proceed to Arbitration Pursuant to the Provisions of the Arbitration Law.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK J. PETERSON v. JANE ADLER PETERSON.— Motion granted as stated in order. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HENRY C. DELAIRE v. THE PARIS CLEANERS & DYERS, INC.— Motion granted on condition that the appellant procure the appeal to be argued or submitted on June 8, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of EMIL LENC and Others against AUGUST R. ZICHA and Others.— Motion withdrawn. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.